UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> XAVIER NILES CHARLES, ) <br> ) <br> Defendant. ) <br> ) <br> ANDREW COUTURE, ) <br> ) <br> Claimant. ) | Criminal Action No. <br> 20-10281-FDS |

**MEMORANDUM AND ORDER ON THE GOVERNMENT'S
MOTION TO DISMISS CLAIM FILED BY ANDREW COUTURE**

**SAYLOR, C.J.**

On November 17, 2020, defendant Xavier Niles Charles was charged with receipt of a firearm while under indictment, in violation of 18 U.S.C. § 922(n). (ECF No. 39). The charge included a firearm forfeiture allegation under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), stating that the government intended to seek forfeiture of any firearm or ammunition involved in the commission of the offense. (*Id.*).

The firearm at issue—a Glock, Model 42, .380 caliber pistol, bearing the serial number ACEY863—was seized on September 25, 2019, during a search of defendant's residence. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant pleaded guilty on December 21, 2020. (ECF No. 43). The Court then issued a preliminary order of forfeiture of the firearm on February 26, 2021. (ECF No. 55).

On March 30, 2021, Attorney Couture filed a claim as to the seized firearm, averring that

he represents another party facing a state criminal prosecution for firing a weapon at defendant. (ECF No. 64). Attorney Couture contends that the forfeited firearm may provide exculpatory evidence for his client, and thus seeks to recover it for his client's benefit.

Neither Attorney Couture nor his client assert an ownership interest or any other property interest in the firearm. Without any such legal interest, Attorney Couture does not have standing to seek receipt of the forfeited asset, and his claim must be dismissed. *See United States v. Gianelli*, 686 F. Supp. 2d 116, 117 (D. Mass. 2009) (dismissing a claim where petitioner "does not allege any legal interest in the forfeited property"). However, in light of the firearm's alleged evidentiary value in a criminal proceeding, the government is hereby directed not to sell or otherwise dispose of the firearm until further order of the Court.

Accordingly, the motion to dismiss the claim is GRANTED.

**So Ordered.**

Dated: February 25, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court